

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2024

No. 04-24-00056-CV

**IN RE METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., LLP,** Relator

Original Proceeding[1]

## ORDER

On April 4, 2024, relator filed an amended petition for writ of mandamus, asserting the trial erred by ordering it to produce documents protected under the medical peer review privilege.

After considering the amended mandamus petition and record, real party in interest's response, and relator's reply, we conclude the trial court erred when it ruled that the anticompetitive exception to the medical peer review privilege applies to the documents at issue. We conditionally grant the writ of mandamus and direct the trial court to vacate its March 25, 2024 Order for Production of Documents after In Camera Inspection. The writ will issue only if the trial court fails to vacate this order within fifteen days from the date of our opinion and order. We ORDER our January 25, 2024 stay is LIFTED.

It is so **ORDERED** on November 27, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2020-CI-18056, styled  *J. Marvin Smith III, M.D. v. Methodist Healthcare System of San Antonio, Ltd., LLP*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.